THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOSEPH GELTMAN, Respondent.

Argued June 12, 1944; decided July 19, 1944.

*Ignatius M. Wilkinson, Corporation Counsel (Charles C. Weinstein* and *Bernard Friedlander* of counsel), for appellant. *Karl Propper.* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.